IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES of AMERICA                                          PLAINTIFF/RESPONDENT

V.                    No. 2:11-CV-02103-RTD
                      No. 2:08-CR-20022-RTD

ARNULFO BETANCORT-SALAZAR                                         DEFENDANT/PETITIONER

ORDER

Before the undersigned is the Defendant's Motion for Leave to Appeal In Forma Pauperis (*See ECF No. 94),* filed November 16, 2011.

The Eighth Circuit has held that the PLRA's filing-fee provisions are inapplicable to habas corpus actions. See *Malave v. Hedrick,* 271 F.3d 1139, 1139 -1140 (C.A.8 (Mo.),2001); *U.S. v. Feist*, 346 Fed. Appx. 127, 128 (8th Cir. (N.D.), 2009). The Defendant's Motion for Leave to Appeal In forma Pauperis is, therefore, MOOT.

IT IS SO ORDERED this November 28, 2011

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
CHIEF U. S. MAGISTRATE JUDGE