IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                        PLAINTIFF/RESPONDENT

    v.          Civil No.   11-2103
                 Criminal No. 08-20022

ARNULFO BETANCORT-SALAZAR                              DEFENDANT/MOVANT

O R D E R

By order entered October 3, 2011, this Court adopted the report and recommendation of the United States Magistrate Judge and denied and dismissed Defendant's habeas corpus petition. (Doc. 91). Currently before the Court is Defendant's Request for Certificate of Appealability (doc. 93). Defendant has not made a "substantial showing of the denial of a constitutional right," as required for the issuance of a certificate of appealability. 28 U.S.C. § 2253(c)(2). Accordingly, the motion for a certificate of appealability (doc. 93) is hereby **DENIED**.

IT IS SO ORDERED this 15th day of February 2012.

                                    /s/ Robert T. Dawson
                                    HONORABLE ROBERT T. DAWSON
                                    UNITED STATES DISTRICT JUDGE