IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

V.                          NO. 2:08-CR-20022
                            NO. 2:11-CV-2103

ARNULFO BETANCORT-SALAZAR                   DEFENDANT/PETITIONER

<u>ORDER</u>

Now on this 4th day of February 2014, there comes on for consideration the report and recommendation filed herein on November 27, 2013, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 110).  No objections have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety[1].  Accordingly, Defendant's *pro se* Motion to Correct Plain Error Pursuant to Federal Rules of Criminal Procedure Rule 52(b) (doc. 108) is **DENIED**.  The Clerk's Office is directed to deliver a copy of this order and the Report and Recommendation to petitioner at the Giles W. Dalby Correctional Institution 805 North Avenue F, Post, Texas 79356.

---

[1] Notwithstanding the docket entry of December 17, 2013, indicating that mail sent to petitioner was returned as undeliverable, the Court finds the Report and Recommendation should be adopted and the motion denied because any conceivable objection could not overcome the reasons, in principal and alternative that command denial of petitioner's motion.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge